No. 44,182

Tecumseh School District No. 7, Shawnee County, et al. (147 Additional School Districts), *Appellants*, v. Adel F. Throckmorton, State Superintendent of Public Instruction, *Appellee*.

(403 P. 2d 102)

Opinion filed March 18, 1965.

*Charles Rooney, Sr.*, of Topeka, argued the cause and was on the briefs for appellants.

*J. Richard Foth*, Assistant Attorney General, of Topeka, argued the cause, and *Robert C. Londerholm*, Attorney General, and *Frederic J. Carman*, Special Assistant Attorney General, of Topeka, were with him on the briefs for appellee.

Opinion of the court delivered by

Fatzer, J.: This case has been considered by the court and the judgment is affirmed. (*State, ex rel., v. Storey*, 144 Kan. 311, 58 P. 2d 1051.) The case involves a pressing public question, and the court is announcing its decision so the parties as well as the legislature may be advised. A formal opinion will be filed when prepared.